**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>HOUSE SPIRITS DISTILLERY LLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 25-10660 (KBO)<br><br>(Subchapter V)<br><br>**Ref. Docket No. 63** |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, PANAGIOTA MANATAKIS, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 23, 2025, I caused to be served the "First Omnibus Motion of Debtor Pursuant to 11 U.S.C. §§ 105(a), 365(a), and 554(a) and Fed. R. Bankr. P. 6006 and 6007 (I) Authorizing the Debtor to (A) Reject Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property Effective as of the Rejection Date and (B) Abandon De Minimis Property in Connection Therewith, and (II) Granting Related Relief," dated April 16, 2025 [Docket No. 63], by causing a true and correct copy to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit A.

3. The envelope utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Panagiota Manatakis
Panagiota Manatakis

---

[1] The last four digits of the Debtor's federal tax identification number are 2069. The Debtor's mailing address is 65 SE Washington Street, Portland, OR 97214.

**EXHIBIT A**

HOUSE SPIRITS DISTILLERY LLC,
Case No. 25-10660 (KBO)
Overnight Mal Service List

Alliance Beverage Distributing Company, LLC
1115 North 47th Avenue
Phoenix, Arizona 85043