## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| HOUSE SPIRITS DISTILLERY LLC, | Case No. 25-10660-KBO |
| | (Subchapter V) |
| Debtor.[1] | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The Schedules of Assets and Liabilities (the "Schedules") and the Statement of Financial Affairs (the "Statement," and collectively with the Schedules, the "Schedules and Statement") filed by the above-captioned debtor and debtor in possession (the "Debtor"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), have been prepared by the Debtor's management in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 1007, and are unaudited.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all the Schedules and Statement. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statement.[2]

In preparing the Schedules and Statement, the Debtor relied upon information derived from its books and records that was available at the time of such preparation. Although the Debtor's management has made reasonable efforts to ensure the Schedules and Statement are as accurate and complete as possible under the circumstances, based on information available at the time of preparation, inadvertent errors, inaccuracies, or omissions may have occurred and subsequent information or discovery may result in material changes to these Schedules and Statement. The Schedules and Statement are unaudited and subject to potential adjustment.

Because the Schedules and Statement contain unaudited information and remain subject to further review, verification, and potential adjustment, there can be no assurance these Schedules and Statement are complete. Nothing contained in the Schedules and Statement shall

---

[1] The last four digits of the Debtor's federal tax identification number are 2069. The Debtor's mailing address is 65 SE Washington Street, Portland, OR 97214.

[2] These Global Notes are in addition to any specific notes contained in the Debtor's Schedules and Statement.

constitute a waiver of any right of the Debtor, and the Debtor reserves all rights, to amend or supplement the Schedules and Statement from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statement as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

The Debtor's management prepared the Schedules and Statement with the assistance of their advisors and other professionals and have necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtor and the Debtor's advisors and other professionals. The Schedules and Statement have been signed by Tyee Carr, acting Chief Financial Officer of the Debtor  and an authorized signatory for the Debtor.  Mr. Carr has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statement, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

The Schedules, Statement, and Global Notes should not be relied upon by any person for information relating to current or future financial conditions, events, or performance of the Debtor.

### Global Notes and Overview of Methodology

1.  <u>Reservation of Rights</u>.  The Debtor reserves and preserves all rights to amend, supplement, or otherwise modify the Schedules and Statement from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statement with respect to a claim (including, but not limited to: amending the description or designation of any claim; disputing or otherwise asserting offsets or defenses to any claim reflected in the Schedules and Statement as to amount, liability, priority, status, or classification; subsequently designating any claim as "disputed," "contingent," or "unliquidated;" or objecting to the extent, validity, enforceability, priority, or avoidability of any claim).  Any failure to designate a claim in the Schedules and Statement as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such claim or amount is not "disputed," "contingent," or "unliquidated."  Listing a claim does not constitute an admission of liability by the Debtor.

Further, nothing contained in the Schedules and Statement shall constitute a waiver of rights or an admission with respect to this chapter 11 case, including, without limitation, with respect to matters involving objections to claims, substantive consolidation, equitable subordination, defense, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant laws to recover assets or avoid transfers.  Any specific reservation and preservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation and preservation of rights contained in this or the preceding paragraph.

2.  <u>Description of the Case and "as of" Information Date</u>.  On April 6, 2025 (the "<u>Petition Date</u>"), the Debtor commenced a voluntary case under chapter 11 of the Bankruptcy

Code as a debtor defined in Bankruptcy Code section 1182(1) and the Debtor elected to proceed under Subchapter V of chapter 11 of the Bankruptcy Code pursuant to the Small Business Debtor Reorganization Act, as amended (the "SBRA"). Except as otherwise noted in the Schedules and Statement, all liabilities, as well as cash, are valued as of the Petition Date. All other assets are valued as of March 31, 2025, the latest available month-end financials. The Debtor continues to manage its assets as a debtor in possession pursuant to section 1184 of the Bankruptcy Code. Unless otherwise stated, asset and liability information is as of the Petition Date. As more fully described in paragraph 13 below, the Debtor was required to make certain estimates and assumptions that affect the reported amounts within the Schedules and Statement.

3.    Basis of Presentation. The Schedules and Statement reflect the assets and liabilities of the Debtor on the basis of the Debtor's unaudited records. The Schedules and Statement do not purport to represent financial statements prepared in accordance with generally accepted accounting principles in the United States ("GAAP"), nor are they intended to be fully reconciled with any financial statements or other reporting of the Debtor.

To the extent that the Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent at the Petition Date or at any time prior to the Petition Date.

4.    Recharacterization. The Debtor has made reasonable efforts to correctly characterize, classify, categorize, and designate the assets, liabilities, claims, executory contracts, unexpired leases, and other items reported in the Schedules and Statement. However, the Debtor may have improperly characterized, classified, categorized, or designated certain items. The Debtor reserves all of its rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statement at a later time as necessary or appropriate.

5.    Liabilities. The Debtor has made every effort to allocate liabilities between the prepetition and postpetition periods based on information available and research conducted in connection with the preparation of the Schedules and Statement. As additional information becomes available to, and further research is conducted by, the Debtor, the Debtor's allocation of liabilities between prepetition and postpetition periods may change. The Debtor reserves the right to amend the Schedules and Statement as they deem appropriate in this regard.

6.    Excluded Assets and Liabilities. The Debtor believes that it has identified, but did not necessarily value, all material categories of assets and liabilities in the Schedules and Statement. However, certain immaterial assets and liabilities may have been excluded. The Debtor also has excluded rejection damage claims of counterparties to executory contracts and unexpired leases that have been or may be rejected (if any), to the extent such damage claims exist.

Pursuant to certain final "first day" orders entered by the Bankruptcy Court (the "First Day Orders"), the Debtor was authorized (but not directed) to pay or satisfy, among other things, certain prepetition obligations owing to employees, insurance providers, purchase card providers, vendors, and taxing authorities. Accordingly, these liabilities may have been or may be satisfied in accordance with such orders and therefore may not be listed in the Schedules and Statement. Regardless of whether such claims are listed in the Schedules and Statement, to the extent such claims are satisfied pursuant to an order of the Bankruptcy Court (including the

3

First Day Orders), the Debtor reserves all rights to amend or supplement their Schedules and Statement as is necessary or appropriate.

7.    <u>Insiders</u>.  For purposes of the Schedules and Statement, the Debtor defines "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtor; (d) relatives of directors, officers, or persons in control of the Debtor; and (e) affiliates.  Persons listed as "insiders" have been included for informational purposes only, and including them in the Schedules and Statement shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code.

The Debtor does not take any position with respect to: (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws and section 101(31) of the Bankruptcy Code, or with respect to any theories of liability or for any other purpose.  As such, the Debtor reserves and preserves all rights with respect to the foregoing issues.

8.    <u>Executory Contracts and Unexpired Leases</u>.  Nothing contained in or omitted from the Schedules and Statement is or shall be construed as an admission as to the determination of the legal status of any contract or lease, including whether any lease is a true lease or a financing arrangement, whether such contract or lease is an executory contract or unexpired lease, or whether such contract or lease is binding, valid and enforceable.  The Debtor reserves and preserves all rights with respect to all such issues.

While every effort has been made to ensure the completeness and accuracy of the listing of executory contracts and unexpired leases, inadvertent errors or omissions may have occurred.  The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed therein.  Such rights, powers, duties, and obligations are not set forth on Schedule G.  Certain of the executory contracts or unexpired leases may not have been memorialized and could be subject to dispute.  Similarly, the absence of a contract or lease from Schedule G does not constitute an admission that such contract or lease is not executory.

In addition, the Debtor reserves and preserves all rights, claims, and causes of action with respect to the contracts and leases listed in the Schedules and Statement, including the rights to dispute or challenge the characterization or the structure of any transaction, document or instrument.

9.    <u>Classifications</u>.  Listing a claim on (i) Schedule E/F, Part 1 as "priority," (ii) Schedules E/F, Part 1 or 2 as "unsecured," or (iii) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's rights to recharacterize or reclassify such claims, contracts, or leases.

10.    <u>Causes of Action</u>.  Despite reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third

parties as assets in their Schedules and Statement. The Debtor reserves all of its rights with respect to any claims or causes of action. These Global Notes and the Schedules and Statement shall not be deemed a waiver of any such claims or causes of actions or in any way prejudice or impair the assertion of such claims.

11.    Summary of Significant Reporting Policies. The following conventions were adopted by the Debtor in the preparation of the Schedules and Statement:

(a)    Book Value. Unless otherwise noted, each asset and liability of the Debtor is shown on the basis of the net book value of the asset or liability in accordance with the Debtor's books and records as of the Petition Date or March 31, 2025, and is not based upon any estimate of its current market values.

(b)    Cash. Any cash balances in the Debtor's bank accounts set forth in Schedule A/B are based on the bank balance as of the end of business on the Petition Date.

(c)    Property and Equipment: Owned. Fixed assets are recorded at cost. Depreciation is computed on a straight line method over the estimated useful life of the asset.

(d)    Liens and Encumbrances on Assets. In the ordinary course of the Debtor's business, tax liens and other encumbrances (*e.g.*, judgment liens) may be filed against assets owned by the Debtor. As of the Petition Date, the Debtor was not aware of any material liens or encumbrances filed against assets directly owned by the Debtor.

(e)    Undetermined Amounts. The description of any amounts as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

12.    Setoffs. The Debtor incurred certain offsets and other similar rights during the ordinary course of its business. Offsets in the ordinary course can result from various items, including, without limitation, pricing discrepancies, returns, refunds, warranties, debit memos, credits, chargebacks, and other disputes between the Debtor and its suppliers and/or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtor's industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules and Statement, offsets are not independently accounted for, and as such, are or may be excluded from the Debtor's Schedules and Statement.

13.    Estimates and Assumptions. To prepare and file the Schedules and Statement in accordance with the deadlines established in the chapter 11 case, the Debtor was required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses. The Debtor reserves and preserves all rights to amend the reported amounts of assets, liabilities, revenue and expenses to reflect changes in those estimates and assumptions.

14.    <u>Notes to Specific Schedules</u>.  The following are items the Debtor notes as it pertains to specific questions or parts in the Schedules:

(a)    <u>Schedule A/B: Question 3.</u>  The numbers listed question 3 are based on the Debtor's books and records and reflect the amounts held in the Debtor's bank accounts as of the Petition Date.

(b)    <u>Schedules A/B: Questions 7 and 8</u>.  As to questions 7 and 8, the Debtor reserves and preserves its rights to categorize a "deposit" as a "prepayment" or a "prepayment" as a "deposit." The Debtor has endeavored to list the deposits or prepayments to lessors and other parties by the entity with the legal right to the prepayment or deposit; however, the Debtor reserves the right to amend or recharacterize such classification. The list of deposits and prepayments provided in response to Schedule A/B: Questions 7 and 8 are based on an accounting basis and do not necessarily represent actual assets that can be recovered during a liquidation.

(c)    <u>Schedule A/B: Parts 5, 7, 8, and 9</u>.  An external or professional valuation of the Debtor's physical inventory has not been taken. Inventory is valued at weighted average cost.  Dollar amounts are presented net of accumulated depreciation and other adjustments as of March 31, 2025.

(d)    <u>Schedule A/B: Question 19, 20, 21, & 22</u>.  Net book value of inventories are presented as of March 31, 2025.

(e)    <u>Schedule A/B: Questions 74 & 75</u>.  In the ordinary course of its business, the Debtor may have accrued, or may subsequently accrue, certain rights to counter-claims, setoffs, refunds or other claims.  Because such claims are unknown to the Debtor and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74 or 75.  The Debtor's failure to list any contingent and/or unliquidated claim held by the Debtor in response to these questions is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver, release, relinquishment, or forfeiture of such cause of action, claim, or right.

(f)    <u>Schedule E/F: Part 1</u>.  The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtor reserves its rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

(g)    <u>Schedule E/F: Part 2</u>.  Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases.  Additionally, Schedule E/F part 2 does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that have been or may be

6

rejected postpetition.

(h)    <u>Schedule H</u>.  The Debtor may not have identified certain guarantees that are embedded in the Debtor's executory contracts, unexpired leases, and other agreements. Thus, the Debtor reserves the right to amend the Schedules to the extent that additional guarantees are identified or remove guarantees that are discovered to have expired or are unenforceable.

15.    <u>Notes to Statement</u>.  The following are items the Debtor notes as it pertains to specific questions or parts in the Statement:

(a)    <u>Part 1 and 2</u>.  Current fiscal year revenue is through March 31, 2025.

16.    <u>Global Notes Control</u>.  In the event that the Schedules and Statement differ from the foregoing Global Notes, the Global Notes shall control.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | House Spirits Distillery LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 25-10660 |

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:    Summary of Assets**

---

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**

        Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| |
|---|
| UNDETERMINED |

    1b. **Total personal property:**

        Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| |
|---|
| $24,578,306.89 |

    1c. **Total of all property:**

        Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| |
|---|
| $24,578,306.89 |

---

**Part 2:    Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| |
|---|
| $430,000.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

    3a. **Total claim amounts of priority unsecured claims:**

        Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

| |
|---|
| UNKNOWN |

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

        Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . .

| |
|---|
| +      $296,375.32 |

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

    Lines 2 + 3a + 3b

| |
|---|
| $726,375.32 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>House Spirits Distillery LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>25-10660</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                            12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1.   DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2.   CASH ON HAND**

| 2.1. | CASH ON HAND | | $12,443.25 |
|---|---|---|---|

**3.   CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | JP MORGAN CHASE | CHECKING | 1324 | $56,271.81 |
| 3.2. | JP MORGAN CHASE | SAVINGS | 0009 | $49,356.38 |
| 3.3. | KEYBANK NA | CHECKING | 3591 | $788,545.66 |
| 3.4. | KEYBANK NA | SAVINGS | 3251 | $200,000.00 |
| 3.5. | KEYBANK NA | SAVINGS | 6453 | $219,608.67 |
| 3.6. | PARK STREET BANK | VENDOR ACCOUNT | N/A | $56,840.64 |
| 3.7. | PAYPAL | VENDOR ACCOUNT | N/A | $2,282.41 |

**4.   OTHER CASH EQUIVALENTS**

**NONE**

| 5 | Total of Part 1.<br>ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $1,385,348.82 |
|---|---|---|

| Debtor | House Spirits Distillery LLC | Case number (if known) |
|--------|----------------------------|------------------------|
| | (Name) | |

<table>
<tr><td style="background:black;color:white"><strong>Part 2:</strong></td><td colspan="2"><strong>DEPOSITS AND PREPAYMENTS</strong></td></tr>
</table>

**6.   DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| **7.** | **DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT | |
| 7.1. | LIONBERT LLC - DEPOSIT FOR INVENTORY | $63,840.00 |
| 7.2. | OLCC - DEPOSIT | $6,335.00 |
| 7.3. | PORT OF PORTLAND - SECURITY DEPOSIT | $22,813.00 |
| 7.4. | PORTLAND INDUSTRIAL OWNER LLC - SECURITY AND CONTINGENCY DEPOSIT | $61,907.49 |
| 7.5. | PROLOGIS - SECURITY DEPOSIT | $17,718.00 |
| 7.6. | SCHNITZER PROPERTIES, LLC - SECURITY DEPOSIT | $16,455.00 |
| 7.7. | SPEAKEASY DEPOSIT | $92,358.14 |
| 7.8. | TOKIO MARINE DEPOSIT | $210,000.00 |
| **8.** | **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.1. | BASIC FIRE PROTECTION, INC. - REPAIRS & MAINT | $540.00 |
| 8.2. | DISTILLERY SOLUTIONS - DISTILLERY SOLUTIONS | $1,680.00 |
| 8.3. | DYNAMIC HVAC - REPAIRS & MAINT | $941.00 |
| 8.4. | EMBURSE - DUES, SUBSCRIPTIONS & FEES | $996.92 |
| 8.5. | HCC SURETY GROUP - BOND | $17,500.00 |
| 8.6. | INTUIT - DUES, SUBSCRIPTIONS & FEES | $2,686.50 |
| 8.7. | KURITA AMERICA - SUPPLIES | $737.03 |
| 8.8. | NORTHWEST CONTROL COMPANY - REPAIRS & MAINT | $2,957.25 |
| 8.9. | PREPAID EXCISE TAX - TTB | $18,030.76 |
| **9** | **Total of Part 2.**<br>ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $537,496.09 |

<table>
<tr><td style="background:black;color:white"><strong>Part 3:</strong></td><td colspan="2"><strong>ACCOUNTS RECEIVABLE</strong></td></tr>
</table>

**10.   DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| **11.** | **ACCOUNTS RECEIVABLE** | |
| | ACCOUNTS RECEIVABLE $238,285.49 – $0.00 = → <br> face amount      doubtful or uncollectable accounts | $238,285.49 |
| **12** | **Total of Part 3.**<br>CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | $238,285.49 |

| Debtor | House Spirits Distillery LLC | | Case number (if known) | 25-10660 |
|---|---|---|---|---|
| | (Name) | | | |

| | |
|---|---|
| **Part 4:** | **INVESTMENTS** |

**13. DOES THE DEBTOR OWN ANY INVESTMENTS?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** | | |
| NAME OF FUND OR STOCK: | | |
| **15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE** | | |
| **16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1** | | |
| DESCRIBE: | | |
| **17 Total of Part 4.** ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | | NOT APPLICABLE |

| | |
|---|---|
| **Part 5:** | **INVENTORY, EXCLUDING AGRICULTURE ASSETS** |

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **19. RAW MATERIALS** | | | | | |
| 19.1. | RAW MATERIAL | 12/31/2024 | $84,215.52 | NET BOOK VALUE | $84,215.52 |
| **20. WORK IN PROGRESS** | | | | | |
| 20.1. | WORK IN PROCESS - TANKS | 12/31/2024 | $4,491.82 | NET BOOK VALUE | $4,491.82 |
| **21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | | |
| 21.1. | BARRELED SPIRITS | 12/31/2024 | $14,449,311.00 | NET BOOK VALUE | $14,449,311.00 |
| 21.2. | FINISHED GOODS | 12/31/2024 | $910,334.51 | NET BOOK VALUE | $910,334.51 |
| 21.3. | RETAIL MERCHANDISE | 12/31/2024 | $57,729.86 | NET BOOK VALUE | $57,729.86 |
| **22. OTHER INVENTORY OR SUPPLIES** | | | | | |
| 22.1. | OVERHEAD ASSETS | 12/31/2024 | $393,086.74 | NET BOOK VALUE | $393,086.74 |
| 22.2. | PACKAGING | 12/31/2024 | $1,232,981.20 | NET BOOK VALUE | $1,232,981.20 |

| **23 Total of Part 5.** ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | $17,132,150.65 |
|---|---|

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☒ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☒ Yes    Book value    $8,809.00    Valuation method    COST    Current value    $8,809.00

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Debtor | House Spirits Distillery LLC | Case number (if known) | 25-10660 |
|---|---|---|---|
| | (Name) | | |

Case number (if known)

## Part 6:     FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)

**27.** **DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**

☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29.** **FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30.** **FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31.** **FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32.** **OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

| 33 | **Total of Part 6.** ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | NOT APPLICABLE |
|---|---|---|

**34.** **Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative ?
   ☐ No
   ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 7:     OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES

**38.** **DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**

☒ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **OFFICE FURNITURE** | | | |
| **40.** **OFFICE FIXTURES** | | | |
| **41.** **OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| **42.** **COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |

| Debtor | House Spirits Distillery LLC | Case number (if known) | 25-10660 |
|---|---|---|---|
| | (Name) | | |

**43** **Total of Part 7.**
ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86.

**NOT APPLICABLE**

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |
|---|---|

**46.** **DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES**<br>NONE | | | |
| **48.** **WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS<br>NONE | | | |
| **49.** **AIRCRAFT AND ACCESSORIES**<br>NONE | | | |
| **50.** **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.1.   PROPERTY, PLANT & EQUIPMENT AFTER DEPRECIATION | $5,049,693.26 | NET BOOK VALUE | $5,049,693.26 |

**51** **Total of Part 8.**
ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87.

**$5,049,693.26**

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | REAL PROPERTY |
|---|---|

**54.** **DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55.** **ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   6433 SE LAKE ROAD, MILWAUKIE, OREGON | LEASEHOLD | UNDETERMINED | | UNDETERMINED |

Debtor    House Spirits Distillery LLC                                     Case number (if known)    25-10660
          _____                        _____
          (Name)

**55.    ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.2.    65 SE WASHINGTON ST, PORTLAND, OR 97214 | LEASEHOLD | UNDETERMINED | | UNDETERMINED |
| 55.3.    DIS CENTER 1, 13009 SE JENNIFER ST, CLACKAMAS, OR 97015 | LEASEHOLD | UNDETERMINED | | UNDETERMINED |
| 55.4.    PORTLAND INTERNATIONAL AIRPORT CONCESSIONAIRE RM C2108 | LEASEHOLD | UNDETERMINED | | UNDETERMINED |

| | |
|---|---|
| **56    Total of Part 9.** ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | UNDETERMINED |

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 10:    INTANGIBLES AND INTELLECTUAL PROPERTY**

**59.    DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.    PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.1.    BEACON ROCK - AUSTRALIA TRADEMARK REG NO.1802816 | UNDETERMINED | | UNDETERMINED |
| 60.2.    BEACON ROCK - CANADA TRADEMARK REG NO.1049533 | UNDETERMINED | | UNDETERMINED |
| 60.3.    BEACON ROCK - CHINA TRADEMARK REG NO.21568256 | UNDETERMINED | | UNDETERMINED |
| 60.4.    BEACON ROCK - EUROPEAN UNION TRADEMARK REG NO.15926686 | UNDETERMINED | | UNDETERMINED |
| 60.5.    BEACON ROCK - HONG KONG TRADEMARK REG NO.303931182 | UNDETERMINED | | UNDETERMINED |
| 60.6.    BEACON ROCK - JAPAN TRADEMARK REG NO.5916240 | UNDETERMINED | | UNDETERMINED |
| 60.7.    BEACON ROCK - MEXICO TRADEMARK REG NO.1724887 | UNDETERMINED | | UNDETERMINED |
| 60.8.    BEACON ROCK - SINGAPORE TRADEMARK REG NO.40201617070Y | UNDETERMINED | | UNDETERMINED |
| 60.9.    BEACON ROCK - TAIWAN TRADEMARK REG NO.1838756 | UNDETERMINED | | UNDETERMINED |
| 60.10.    BEACON ROCK - U.S.  TRADEMARK REG NO.5623142 | UNDETERMINED | | UNDETERMINED |
| 60.11.    BEACON ROCK - UNITED KINGDOM TRADEMARK REG NO.UK00915926686 | UNDETERMINED | | UNDETERMINED |
| 60.12.    FIND YOUR TRUE NORTHWEST - U.S. TRADEMARK REG NO.6702870 | UNDETERMINED | | UNDETERMINED |
| 60.13.    HOUSE SPIRITS - COLOMBIA TRADEMARK REG NO.587586 | UNDETERMINED | | UNDETERMINED |

Debtor    House Spirits Distillery LLC    Case number (if known) 25-10660
_____
(Name)

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.14. | HOUSE SPIRITS - U.S. TRADEMARK REG NO.3584839 | UNDETERMINED | | UNDETERMINED |
| 60.15. | SINGLE MALT - U.S. TRADEMARK REG NO.6919022 | UNDETERMINED | | UNDETERMINED |
| 60.16. | TRUE NORTHWEST - U.S. TRADEMARK REG NO.6529519 | UNDETERMINED | | UNDETERMINED |
| 60.17. | VOLSTEAD - U.S. TRADEMARK REG NO.4243231 | UNDETERMINED | | UNDETERMINED |
| 60.18. | WESTWARD - AUSTRALIA TRADEMARK REG NO.1806098 | UNDETERMINED | | UNDETERMINED |
| 60.19. | WESTWARD - CANADA TRADEMARK REG NO.996454 | UNDETERMINED | | UNDETERMINED |
| 60.20. | WESTWARD - CHINA TRADEMARK REG NO.22213897 | UNDETERMINED | | UNDETERMINED |
| 60.21. | WESTWARD - COLOMBIA TRADEMARK REG NO.611509 | UNDETERMINED | | UNDETERMINED |
| 60.22. | WESTWARD - EUROPEAN UNION TRADEMARK REG NO.15981442 | UNDETERMINED | | UNDETERMINED |
| 60.23. | WESTWARD - GUATEMALA TRADEMARK REG NO.199512 | UNDETERMINED | | UNDETERMINED |
| 60.24. | WESTWARD - HONG KONG TRADEMARK REG NO.303947752 | UNDETERMINED | | UNDETERMINED |
| 60.25. | WESTWARD - JAPAN TRADEMARK REG NO.5953368 | UNDETERMINED | | UNDETERMINED |
| 60.26. | WESTWARD - MEXICO TRADEMARK REG NO.1746902 | UNDETERMINED | | UNDETERMINED |
| 60.27. | WESTWARD - SINGAPORE TRADEMARK REG NO.40201618472U | UNDETERMINED | | UNDETERMINED |
| 60.28. | WESTWARD - TAIWAN TRADEMARK REG NO.1838758 | UNDETERMINED | | UNDETERMINED |
| 60.29. | WESTWARD - U.S. TRADEMARK REG NO.4283680 | UNDETERMINED | | UNDETERMINED |
| 60.30. | WESTWARD - UNITED KINGDOM TRADEMARK REG NO.UK00915981442 | UNDETERMINED | | UNDETERMINED |
| 60.31. | WESTWARD WHISKEY MILESTONE - U.S. TRADEMARK REG NO.7159219 | UNDETERMINED | | UNDETERMINED |
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1. | HTTPS://WESTWARDWHISKEY.COM/ | UNDETERMINED | | UNDETERMINED |
| **62.** | **LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| | NONE | | | |
| **63.** | **CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| | NONE | | | |
| **64.** | **OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| 64.1. | PACKAGING DESIGN / PRIVATE LABEL BRAND / APOTHECARY / HS BRANDS | $235,332.58 | NET BOOK VALUE (AFTER ACC AMORTIZATION) | $235,332.58 |
| **65.** | **GOODWILL** | | | |
| | NONE | | | |
| **66** | **Total of Part 10.** ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | $235,332.58 |

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☒ No
☐ Yes

| Debtor | House Spirits Distillery LLC | Case number (if known) | 25-10660 |
|---|---|---|---|
| | (Name) | | |

---

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☒ No
☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?
☒ No
☐ Yes

---

**Part 11:** **ALL OTHER ASSETS**

---

**70.** **DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71.** **NOTES RECEIVABLE** | |
| DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| **72.** **TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | |
| DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| **73.** **INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| 73.1. CERTAIN UNDERWRITERS AY LOYDS, LONDON - STOCK THROUGHPUT INSURANCE (B0180PC2413729) | UNDETERMINED |
| 73.2. FEDERAL INSURANCE COMPANY - DIRECTORS & OFFICERS AND ENTITY LIABILITY COVERAGE (8251-8526) | UNDETERMINED |
| 73.3. FEDERAL INSURANCE COMPANY - EMPLOYMENT PRACTICES LIABILITY COVERAGE, FIDUCIARY LIABILITY COVERAGE (8251-8526) | UNDETERMINED |
| 73.4. INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA - FOREIGN COMMERCIAL AUTO LIABILITY AND PHYSICAL DAMAGE (WS11010472) | UNDETERMINED |
| 73.5. INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA - FOREIGN COMMERCIAL GENERAL LIABILITY (WS11010472) | UNDETERMINED |
| 73.6. INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA - FOREIGN VOLUNTARY COMPENSATION AND EMPLOYERS LIABILITY (WS11010472) | UNDETERMINED |
| 73.7. INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA - KIDNAP AND RANSOM (WS11010472) | UNDETERMINED |
| 73.8. INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA - TRAVEL ACCIDENT AND SICKNESS (WS11010472) | UNDETERMINED |
| 73.9. MUTUAL OF ENUMCLAW INSURANCE COMPANY - COMMERCIAL AUTO COVERAGE (CPP 0022410 07) | UNDETERMINED |
| 73.10. MUTUAL OF ENUMCLAW INSURANCE COMPANY - COMMERCIAL GENERAL LIABILITY COVERAGE (CPP 0022410 07) | UNDETERMINED |
| 73.11. MUTUAL OF ENUMCLAW INSURANCE COMPANY - COMMERCIAL PROPERTY COVERAGE (CPP 0022410 07) | UNDETERMINED |
| 73.12. SCOTTSDALE INDEMNITY COMPANY - DIRECTORS & OFFICERS EXCESS COVERAGE (EKI3489534) | UNDETERMINED |
| 73.13. STATE COMPENSATION INSURANCE FUND - CALIFORNIA WORKERS' COMPENSATION AND EMPLOYER'S LIABILITY (9358522-24) | UNDETERMINED |
| 73.14. TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA - WORKERS COMPENSATION (6JUB-0W98489-7-24) | UNDETERMINED |
| **74.** **CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |
| **75.** **OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS** | |
| **76.** **TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY** | |

| Debtor | House Spirits Distillery LLC | Case number (if known) | 25-10660 |
|---|---|---|---|
| | (Name) | | |

| | | Current value of debtor's interest |
|---|---|---|
| **77.** | **OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |
| **78** | **Total of Part 11.**<br>ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | UNDETERMINED |
| **79.** | Has any of the property listed in Part 11 been appraised by a professional within the last year?<br>☒ No<br>☐ Yes | |

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $1,385,348.82 | |
| **81.** Deposits and prepayments. *Copy line 9, Part 2.* | $537,496.09 | |
| **82.** Accounts receivable. *Copy line 12, Part 3.* | $238,285.49 | |
| **83.** Investments. *Copy line 17, Part 4.* | | |
| **84.** Inventory. *Copy line 23, Part 5.* | $17,132,150.65 | |
| **85.** Farming and fishing-related assets. *Copy line 33, Part 6.* | | |
| **86.** Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | | |
| **87.** Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $5,049,693.26 | |
| **88.** Real property. *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | UNDETERMINED |
| **89.** Intangibles and intellectual property. *Copy line 66, Part 10.* | $235,332.58 | |
| **90.** All other assets. *Copy line 78, Part 11.*                + | UNDETERMINED | |
| **91.** Total. Add lines 80 through 90 for each column . . . . . . . . . 91a. | $24,578,306.89  ➕ 91b. | UNDETERMINED |
| **92.** Total of all property on Schedule A/B.  Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . · · · | | $24,578,306.89 |

<table>
<tr><td colspan="2" style="background:black;color:white;">**Fill in this information to identify the case:**</td></tr>
<tr><td>Debtor</td><td>House Spirits Distillery LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>25-10660</td></tr>
</table>

☐ Check if this is an
    amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1.**  1.  **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules . Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

<table>
<tr><td style="background:black;color:white;">**Part 1:**</td><td style="background:black;color:white;">**List All Creditors with Secured Claims**</td></tr>
</table>

| | | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.** | **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | | |

| 2.1 | **Creditor's name**<br>FIRST INSURANCE FUNDING<br><br>**Creditor's mailing address**<br>450 SKOKIE BLVD<br>STE 1000<br>NORTHBROOK, IL  60062-7917<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>FINANCED INSURANCE POLICY<br><br>**Describe the lien**<br>SECURITY IN FINANCED INSURANCE POLICY<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |
| 2.2 | **Creditor's name**<br>KEYBANK NATIONAL ASSOCIATION<br><br>**Creditor's mailing address**<br>ATTN: HEIDI MERRITT<br>4735 SW HALL BLVD, 2ND FL<br>BEAVERTON, OR  97005<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>KEYBANK ACC #3251<br><br>**Describe the lien**<br>SECURITY FOR PURCHASE CARD<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | $220,000.00 | UNKNOWN |

Debtor    House Spirits Distillery LLC
          (Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  | Column A | Column B |
| --- | --- | --- | --- |
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | *Do not deduct the value of collateral.* |  |

**2.3**

**Creditor's name**
TOKIOMARINE HCC SURETY GROUP

**Creditor's mailing address**
801 SOUTH FIGUEROA STREET SUITE 700
LOS ANGELES, CA 90017

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SURETY

**Describe the lien**
BOND FOR EXCISE TAX PAYABLE TO US TTB

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$210,000.00    UNKNOWN

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $430,000.00 |
| --- | --- | --- |

**Fill in this information to identify the case:**

Debtor    House Spirits Distillery LLC

United States Bankruptcy Court for the:    District of Delaware

Case number    25-10660
(if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1.  Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br><br>CALIFORNIA FRANCHISE TAX BOARD<br>PO BOX 92840<br>SACRAMENTO, CA  94240-0001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.2 | **Priority creditor's name and mailing address**<br><br>CITY OF PORTLAND<br>MULTNOMAH COUNTY REVENUE DIVISION<br>111 SW COLUMBIA ST<br>SUITE 600<br>PORTLAND, OR  97201<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.3 | **Priority creditor's name and mailing address**<br><br>FRANCHISE TAX BOARD<br>PO BOX 942857<br>SACRAMENTO, CA  94257-0500<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

| Debtor | House Spirits Distillery LLC | Case number (if known) | 25-10660 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.4**

**Priority creditor's name and mailing address**

INTERNAL REVENUE SERVICE
DEPARTMENT OF THE TREASURY
OGDEN, UT  84201-0011

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNDETERMINED  Priority amount: UNDETERMINED

---

**2.5**

**Priority creditor's name and mailing address**

OREGON DEPARTMENT OF REVENUE
OREGON DEPARTMENT OF REVENUE
PO BOX 14725
SALEM, OR  97309-5018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNDETERMINED  Priority amount: UNDETERMINED

---

**2.6**

**Priority creditor's name and mailing address**

PORTLAND METRO SHS TAX
111 SW COLUMBIA ST, STE 600
PORTLAND, OR  97201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNDETERMINED  Priority amount: UNDETERMINED

---

**2.7**

**Priority creditor's name and mailing address**

STATE OF NEW JERSEY DIVISION OF TAXATION
3 JOHN FITCH WAY, 5TH FLR
TRENTON, NJ  08695

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNDETERMINED  Priority amount: UNDETERMINED

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).

☐ No.
☒ Yes.

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | House Spirits Distillery LLC | Case number (if known) | 25-10660 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br><br>AMSTERDAM WAREHOUSE COMPANY<br>SLEGO 1A<br>1046 BM<br>AMSTERDAM<br>NETHERLANDS<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,500.00 |
|---|---|---|

| 3.2 | **Nonpriority creditor's name and mailing address**<br><br>BREAKTHRU BEVERAGE<br>2800 V STREET, NE, UNIT E<br>WASHINGTON, DC  20018<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $871.00 |
|---|---|---|

| 3.3 | **Nonpriority creditor's name and mailing address**<br><br>CH ROBINSON<br>14701 CHARLSON ROAD<br>P.O. BOX 9121<br>EDEN PRAIRIE, MN  55347<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,000.00 |
|---|---|---|

| 3.4 | **Nonpriority creditor's name and mailing address**<br><br>CIRE EQUITY<br>530 B STREET<br>SUITE 2050<br>SAN DIEGO, CA  92101<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,200.00 |
|---|---|---|

| 3.5 | **Nonpriority creditor's name and mailing address**<br><br>FEDEX<br>PO BOX 7221<br>PASADENA, CA  91109-7321<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,000.00 |
|---|---|---|

| Debtor | House Spirits Distillery LLC | Case number (if known) | 25-10660 |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

**3.6**    **Nonpriority creditor's name and mailing address**

KEYBANK NATIONAL ASSOCIATION
ATTN: HEIDI MERRITT
4735 SW HALL BLVD, 2ND FL
BEAVERTON, OR 97005

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PURCHASE CARD DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,203.81

---

**3.7**    **Nonpriority creditor's name and mailing address**

NORTHWEST STAFFING RESOURCES, INC.
851 SW 6TH AVE STE 300
PORTLAND, OR 97204-1310

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,000.00

---

**3.8**    **Nonpriority creditor's name and mailing address**

OREGON LIQUOR & CANNABIS COMMISSION
PO BOX 22297
MILWAUKEE, OR 97269-2297

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,000.00

---

**3.9**    **Nonpriority creditor's name and mailing address**

PARKSTREET IMPORTS
1000 BRICKELL AVE 215
MIAMI, FL 33131

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,500.00

---

**3.10**    **Nonpriority creditor's name and mailing address**

PASHMAN STEIN WALDER HAYDEN, P.C.
824 NORTH MARKET STREET
STE 800
WILMINGTON, DE 19801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL FEE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,986.50

| Debtor | House Spirits Distillery LLC | Case number (if known) | 25-10660 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.11** **Nonpriority creditor's name and mailing address**

PORT OF PORTLAND
7200 NORTHEAST AIRPORT WAY
PORTLAND, OR  97218

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,188.41

---

**3.12** **Nonpriority creditor's name and mailing address**

PROLOGIS
4380 S MACADAM AVE. 440
PORTLAND, OR  97239

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,216.60

---

**3.13** **Nonpriority creditor's name and mailing address**

SOUTHERN GLAZERS W&S
1600 N.W. 163RD STREET
MIAMI, FL  33169

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,410.00

---

**3.14** **Nonpriority creditor's name and mailing address**

SPEAKEASY
4616 25TH AVE NE, 131
SEATTLE, WA  98105

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,000.00

---

**3.15** **Nonpriority creditor's name and mailing address**

TRAVELERS INSURANCE
DEPT. 98476
PO BOX 660333
DALLAS, TX  75266-0333

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INSURANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,857.00

---

| Debtor | House Spirits Distillery LLC | Case number (if known) | 25-10660 |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.16**   **Nonpriority creditor's name and mailing address**

US TTB
EXCISE TAX
PO BOX 790353
ST. LOUIS, MO  63179-0353

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXCISE TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,442.00

---

**3.17**   **Nonpriority creditor's name and mailing address**

WINE CO. DBA NW DISTRIBUTION
1745 OXFORD STREET SOUTHEAST 150
SALEM, OR  97302

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$101,000.00

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
| --- | --- | --- |

**5a.**   Total claims from Part 1     **5a.**     **UNDETERMINED**

**5b.**   Total claims from Part 2     **5b.** +     **$296,375.32**

**5c.**   **Total of Parts 1 and 2**     **5c.**     **$296,375.32**
Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | House Spirits Distillery LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 25-10660 |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.** **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.** | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT FOR 68 SE STARK ST, PORTLAND, OR | 88 WALTER AVENUE, LLC<br>C/O SCHNITZER PROPERTIES<br>1620 SW TAYLOR, STE 300<br>PORTLAND, OR  97205 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT FOR 68 SE STARK ST, PORTLAND, OR | 88 WALTER AVENUE, LLC<br>D/B/A BREAKTHRU BEVERAGE ARIZONA<br>1430 SW BROADWAY, SUITE 100<br>PORTLAND, OR  97201 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT FOR 68 SE STARK ST, PORTLAND, OR | 88 WALTER AVENUE, LLC<br>HARSCH INVESTMENT PROPERTIES, LLC<br>1620 SW TAYLOR, STE 300<br>PORTLAND, OR  97205 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT DTD 7/1/2019 | ALLIANCE BEVERAGE DISTRIBUTING COMPANY<br>1115 NORTH 47TH AVENUE<br>PHOENIX, AZ  85043 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| Debtor | House Spirits Distillery LLC | | Case number (if known) | 25-10660 |
|--------|------------------------------|--|------------------------|----------|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT AND RELATED AMENDMENTS FOR 6433 SE LAKE RD, MILWAUKIE, OR DTD 12/27/2022 | ARES REAL ESTATE GROUP<br>2000 AVENUE OF THE STARS, 12TH FLOOR<br>ATTN: JAY GLAUBACH<br>LOS ANGELES, CA  90067 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION CONTRACT | BEVERAGE DISTRIBUTORS COMPANY, LLC<br>D/B/A BREAKTHRU BEVERAGE COLORADO<br>390 CENTRAL PARK BOULEVARD<br>DENVER, CO  80238 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT AND RELATED AMENDMENTS FOR JENNIFER DIS CENTER 1, 13009 SE JENNIFER ST, CLACKAMAS, OR 97015 | DISTRIBUTION FUNDING III, LLC PROLOGIS<br>4380 S MACAM AVENUE, SUITE 285<br>PORTLAND, OR  97239 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT | GREAT WESTERN AGREEMENT<br>AKA COUNTRY MALT GROUP<br>350 S. FIGUEROA STREET, SUITE 215<br>LOS ANGELES, CA  90071 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT FOR 68 SE STARK ST, PORTLAND, OR | HARSCH INVESTMENT PROPERTIES, LLC<br>1430 SW BROADWAY<br>STE 100<br>PORTLAND, OR  97201 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION AGREEMENT DTD 9/14/2023 | ICONIC BEVERAGES AUSTRALIA PTY LTD.<br>4/20 MUSGRAVE AVENUE SOUTHPORT<br>SOUTHPORT, QLD  4215<br>AUSTRALIA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    House Spirits Distillery LLC                                                  Case number (if known)    25-10660
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT CONTRACT DTD 8/22/2022 | MOONEY, THOMAS A. ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | NARICH PTY LTD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT AND RELATED AMENDMENTS FOR 6433 SE LAKE RD, MILWAUKIE, OR DTD 12/27/2022 | PORTLAND INDUSTRIAL OWNER LLC 6433 SE LAKE ROAD MILWUKIE, OR  97222 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT AND RELATED AMENDMENTS FOR 6433 SE LAKE RD, MILWAUKIE, OR DTD 12/27/2022 | PORTLAND INDUSTRIAL OWNER LLC C/O SPECHT PROPERTIES, INC. 10260 SW GREENBURG RD. SUITE 170 ATTN: BRENT HEDBERG AND GREG SPECHT PORTLAND, OR  97223 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT AND RELATED AMENDMENTS FOR JENNIFER DIS CENTER 1, 13009 SE JENNIFER ST, CLACKAMAS, OR 97015 | PROLOGIS 1800 WAZEE STREET STE 500 ATTN: GENERAL COUNSEL DENVER, CO  92739 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT AND RELATED AMENDMENTS FOR JENNIFER DIS CENTER 1, 13009 SE JENNIFER ST, CLACKAMAS, OR 97015 | PROLOGIS KIM PHILLIPS, PROPERTY MANAGER 4380 S MACADAM AVE. 440 PORTLAND, OR  97239 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    House Spirits Distillery LLC                                    Case number (if known)    25-10660

         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION AGREEMENT DTD 7/1/2019 | RELIABLE CHURCHILL LLP D/B/A BREAKTHRU BEVERAGE ARIZONA 1115 NORTH 47TH AVE PHOENIX, AZ 85043 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION AGREEMENT DTD 4/15/2019 | RELIABLE CHURCHILL LLP D/B/A BREAKTHRU BEVERAGE COLORADO 3980 CENTRAL PARK BLVD UNIT E DENVER, CO 80238 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION AGREEMENT DTD 4/26/2019 | RELIABLE CHURCHILL LLP D/B/A BREAKTHRU BEVERAGE MARYLAND 1431 TANGIER DRIVE MIDDLE RIVER, MD 21220 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION AGREEMENT DTD 4/26/2019 | RELIABLE CHURCHILL LLP D/B/A BREAKTHRU BEVERAGE WASHINGTON DC 2800 V ST, NE UNIT E WASHINGTON, DC 97214 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER DISTRIBUTION AND BROKERAGE AGREEMENT DTD 1/20/2024 | SOUHTERN GAZER'S WINE AND SPIRITS, LLC ATTN: WAYNE E. CHAPLIN 1600 N.W. 163RD STREET MIAMI, FL 33169 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBLEASE AGREEMENT FOR JENNIFER DIS CENTER 1, 13009 SE JENNIFER ST, CLACKAMAS, OR 97015 | SPEEDER SOLUTIONS LLC 330 CENTERPOINT BLVD NEW CASTLE, DE 19720 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | House Spirits Distillery LLC | Case number (if known) | 25-10660 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.23** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE AGREEMENT FOR PORTLAND INTERNATIONAL AIRPORT CONCESSIONAIRE RM C2108 <br><br><br> CURRENT | THE PORT OF PORTLAND <br> ATTN: LEGAL DEPARTMENT <br> PO BOX 3529 <br> PORTLAND, OR  97208 |
| **2.24** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE AGREEMENT FOR PORTLAND INTERNATIONAL AIRPORT CONCESSIONAIRE RM C2108 <br><br><br> CURRENT | THE PORT OF PORTLAND <br> PO BOX 35143 5095 <br> SEATTLE, WA  98124-5413 |
| **2.25** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE AGREEMENT FOR PORTLAND INTERNATIONAL AIRPORT CONCESSIONAIRE RM C2108 <br><br><br> CURRENT | THE PORT OF PORTLAND <br> PO BOX 5095 <br> PORTLAND, OR  97208-5095 |
| **2.26** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT <br><br><br> CURRENT | TYEE CARR LLC DBA TYEE CARR ADVISORY <br> ADDRESS REDACTED |

**Fill in this information to identify the case:**

Debtor    House Spirits Distillery LLC

United States Bankruptcy Court for the:    District of Delaware

Case number    25-10660
(if known)

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1.    **Does the debtor have any codebtors?**

☑ No.   Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes.

Fill in this information to identify the case:

| | |
|---|---|
| Debtor | House Spirits Distillery LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 25-10660 |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/05/2025
　　　　　　MM / DD / YYYY

✗ /s/ Tyee Carr
Signature of individual signing on behalf of debtor

Tyee Carr
Printed name

Chief Financial Officer
Position or relationship to debtor